IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>JUAN FRANCISCO CAMACHO-CAMACHO,<br><br>　　　　　Defendant. | Case №:2:14-mj-0104  AC<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326

CJA Panel attorney Clemente Jimenez is hereby appointed effective May 7, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  May 8, 2014

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL　　　　1